PROB 12B
(7/93)

FILED
Clerk
District Court

MAY 03 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF THE NORTHERN MARIANA ISLANDS

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

Name of Offender: Michael T. Wilson                    Case Number: CR-02-00015-001

Name of Sentencing Judicial Officer: U.S. District Judge Alex R. Munson

Date of Original Sentence: November 14, 2003

Original Offense:   Conspiracy to Commit Wire Fraud (3counts), Unlawful Monetary Transactions in Criminally Derived Property, Securities Fraud, and False Statements

Original Sentence:  36 Months Imprisonment followed by a 3 Year Term of Supervised Release

Type of Supervision: Supervised Release     Date Supervision Commenced: October 28, 2005

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

The defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring employment.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless payment of any financial obligation ordered by the Court has been paid in full.

## CAUSE

The U.S. Probation Office respectfully request the Court modify the defendant's conditions of supervision to assist in the collection of restitution and monitoring of employment. Mr. Wilson is in agreement with this modification and has signed the Prob 49, *Waiver of Hearing to Modify Conditions of Supervised Release*, to demonstrate his agreement.

PROB 12B
Name of Offender: Michael T. Wilson
Case Number   CR-02-00015-001

Page 2

Respectfully submitted:

*Linda Werner*

Linda Werner
U.S. Probation Officer

Date: April 17, 2006

Reviewed and approved:

*Myra A. Krikwood*

Myra A. Krikwood, Supervising
U.S. Probation Officer

---

## THE COURT ORDERS:

[ ] No Action
[X] The Modification of Conditions as Noted Above
[ ] Other

*Alex R. Munson*

Alex R. Munson
U.S. District Judge

MAY - 3 2006

Date

PROB 49

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NORTHERN MARIANA ISLANDS

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

United States of America

v.                                                          Criminal No. CR-02-00015-001

Michael T. Wilson

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring employment.**

**The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless payment of any financial obligation ordered by the Court has been paid in full.**

Witness: _____        Signed: _____
          U.S. Probation Officer                                       Michael T. Wilson

Date: April 7, 2006

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### PROBATION AND PRETRIAL SERVICES

JON W. JOHNSON
CHIEF PROBATION OFFICER
211 W. FERGUSON, ROOM 224
TYLER, TX 75702

(903) 590-1330
FAX (903) 590-1338

Reply to:

500 N. CENTRAL EXPWY
Suite 220
PLANO, TX 75074-6785

(972) 578-9696
FAX (972) 423-4428

April 17, 2006

**RECEIVED**
APR 25 2006
U.S. Probation Office
District of Guam

FRANK MICHAEL CRUZ
CHIEF PROBATION OFFICER
2ND FLOOR U S COURTHOUSE
520 WEST SOLEDAD AVE
HAGATNA GUAM 96910

RE: **WILSON, Michael T.**
Case No. CR-02-00015-001
**Request to Modify Conditions
of Supervised Release**

Dear Mr. Cruz:

Enclosed you shall find a Prob 12B, *Request for Modifying the Conditions of Supervised Release with Consent of the Offender*. Please submit this report to the Court for review.

Should you have any questions regarding this matter, please feel free to contact me at 972-578-9696 ext. 227.

Sincerely,

*Linda Werner*
Linda Werner
U.S. Probation Officer

Enclosures